1  DAVID H. KRAMER State Bar No. 168452
   AMIT Q. GRESSEL State Bar No. 307663
2  WILSON SONSINI GOODRICH & ROSATI
   Professional Corporation
3  650 Page Mill Road
   Palo Alto, CA 94304-1050
4  Telephone:   (650) 493-9300
   Facsimile:   (650) 565-5100
5  Email:  dkramer@wsgr.com, agressel@wsgr.com

6  Attorneys for Defendant
   YouTube, LLC
7

8              UNITED STATES DISTRICT COURT

9              NORTHER DISTRICT OF CALIFORNIA

10                SAN FRANCISCO DIVISION

11

12 RIPPLE LABS INC., ET AL.,              )  CASE NO.:  3:20-cv-02747-LB
                                          )
13         Plaintiffs,                    )  **STIPULATION EXTENDING TIME**
                                          )  **TO RESPOND TO THE**
14     v.                                 )  **COMPLAINT**
                                          )
15 YOUTUBE, LLC,                          )
                                          )  Civil Local Rule 6-1(a)
16         Defendant.                     )
                                          )  Magistrate Judge Laurel Beeler
17                                        )
                                          )
18 _____)

Under Rule 6-1(a) of the Local Rules of the United States District Court, Northern District of California, Plaintiffs Ripple Labs Inc. and Bradley Garlinghouse and Defendant YouTube, LLC. stipulate to an extension of time for Defendant to answer or otherwise respond to Plaintiffs' Complaint. Defendant's response shall be due on or before June 8, 2020.

Dated: May 22, 2020

WILSON SONSINI GOODRICH & ROSATI
Professional Corporation

By: */s/ David H. Kramer*
    David H. Kramer
    dkramer@wsgr.com

*Attorneys for Defendant*
YOUTUBE, LLC

Dated: May 22, 2020

BOIES SCHILLER FLEXNER LLP

By: */s/ Mark Mao*
    Mark Mao
    mmao@bsfllp.com

*Attorneys for Plaintiffs*
RIPPLE LABS INC. and
BRADLEY GARLINGHOUSE

## SIGNATURE ATTESTATION

I, David H. Kramer, hereby attest that all other signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing on this e-filed document.

By: */s/ David H. Kramer*
    David H. Kramer