DAVID H. KRAMER State Bar No. 168452
AMIT Q. GRESSEL State Bar No. 307663
WILSON SONSINI GOODRICH & ROSATI
Professional Corporation
650 Page Mill Road
Palo Alto, CA 94304-1050
Telephone:     (650) 493-9300
Facsimile:      (650) 565-5100
Email:  dkramer@wsgr.com, agressel@wsgr.com

BRIAN M. WILLEN (admitted *pro hac vice*)
WILSON SONSINI GOODRICH & ROSATI
Professional Corporation
1301 Avenue of the Americas, 40th Floor
New York, NY 10019-6022
Telephone:  (212) 999-5800
Facsimile:   (212) 999-5899
Email:  bwillen@wsgr.com

Attorneys for Defendant
YouTube, LLC

UNITED STATES DISTRICT COURT

NORTHER DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| RIPPLE LABS INC., ET AL., | CASE NO.:  3:20-cv-02747-LB |
| Plaintiffs, | **STIPULATION EXTENDING TIME TO RESPOND TO THE COMPLAINT** |
| v. | |
| YOUTUBE, LLC, | Civil Local Rule 6-1(a) |
| Defendant. | Magistrate Judge Laurel Beeler |

1    Under Rule 6-1(a) of the Local Rules of the United States District Court, Northern District

2 of California, Plaintiffs Ripple Labs Inc. and Bradley Garlinghouse and Defendant YouTube, LLC.

3 stipulate to an extension of time for Defendant to answer or otherwise respond to Plaintiffs'

4 Complaint. Defendant's response shall be due on or before July 10, 2020.

5

6 Dated:  June 5, 2020                           WILSON SONSINI GOODRICH & ROSATI
                                                Professional Corporation
7

8                                               By: */s/ Brian M. Willen*_____
9                                                    Brian M. Willen
                                                    dkramer@wsgr.com
10
                                                *Attorneys for Defendant*
11                                              YOUTUBE, LLC

12

13 Dated:  June 5, 2020                           BOIES SCHILLER FLEXNER LLP

14

15                                              By: */s/ Mark Mao*_____
16                                                   Mark Mao
                                                    mmao@bsfllp.com
17
                                                *Attorneys for Plaintiffs*
18                                              RIPPLE LABS INC. and
                                                BRADLEY GARLINGHOUSE
19

20                               **<u>SIGNATURE ATTESTATION</u>**

21    I, Brian M. Willen, hereby attest that all other signatories listed, and on whose behalf the

22 filing is submitted, concur in the filing's content and have authorized the filing on this e-filed

23 document.

24                                          By: */s/ Brian M. Willen*_____
                                                 Brian M. Willen
25

26

27

28