Mark C. Mao (SBN 236165)
mmao@bsfllp.com
Matthew Chou (SBN 325199)
mchou@bsfllp.com
BOIES SCHILLER FLEXNER LLP
44 Montgomery Street, 41st Floor
San Francisco, CA 94104
Telephone:    (415) 293-6800
Facsimile:    (415) 293-6899

Menno Goedman (SBN 301271)
mgoedman@bsfllp.com
BOIES SCHILLER FLEXNER LLP
1401 New York Avenue, N.W.
Washington, D.C. 20005
Telephone:    (202) 237-2727
Facsimile:    (202) 237-6131

*Attorneys for Plaintiffs Ripple Labs Inc.
and Bradley Garlinghouse*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| RIPPLE LABS INC., a Delaware corporation; and BRADLEY GARLINGHOUSE, an individual,<br><br>     *Plaintiffs*,<br><br>v.<br><br>YOUTUBE, LLC, a Delaware company,<br><br>     *Defendant*. | No. 3:20-cv-02747-LB<br><br>**NOTICE OF WITHDRAWAL OF DAMIEN J. MARSHALL AS COUNSEL FOR PLAINTIFFS AND PROPOSED ORDER** |

Pursuant to Civil Local Rule 11-5(a), by this notice Plaintiffs Ripple Labs, Inc., and Bradley Garlinghouse (collectively "Plaintiffs") hereby move this court for an order permitting the withdrawal of Damien J. Marshall as counsel for Plaintiffs.  Mr. Marshall was previously admitted appearing *pro hac vice* to represent Plaintiffs as a partner of the law firm Boies Schiller Flexner LLP ("Boies Schiller Flexner") in this matter.  Mr. Marshall has departed from Boies Schiller Flexner and is no longer associated with the firm.  Mark C. Mao, Mathew Chou, and Meeno Goedman continue to represent Plaintiffs as attorneys of record.  Mr. Marshall's withdrawal will not cause any prejudice or delay in this case.

Accordingly, it is hereby requested that the Court remove Mr. Marshall's name and e-mail address from the service list currently on file with the Court

Dated: June 22, 2020                              Respectfully Submitted,

By: */s/ Mark C. Mao*
       Mark C. Mao

*Attorney for Plaintiffs Ripple Labs Inc. and Bradley Garlinghouse*

## [PROPOSED] ORDER

The above Notice of Withdrawal as Counsel of Record for Plaintiffs is GRANTED.  Damien J. Marshall is withdrawn as counsel of record for Plaintiffs in this matter.  The Clerk of the Court is directed to remove Mr. Marshall's name and e-mail address from the service list that is on file with the Court.

IT IS SO ORDERED.

Dated: _____

Hon. Laurel Beeler
United States Magistrate Judge