DAVID H. KRAMER State Bar No. 168452
AMIT Q. GRESSEL State Bar No. 307663
WILSON SONSINI GOODRICH & ROSATI
Professional Corporation
650 Page Mill Road
Palo Alto, CA 94304-1050
Telephone:  (650) 493-9300
Facsimile:   (650) 565-5100
Email:  dkramer@wsgr.com, agressel@wsgr.com

BRIAN M. WILLEN (admitted *pro hac vice*)
WILSON SONSINI GOODRICH & ROSATI
Professional Corporation
1301 Avenue of the Americas, 40th Floor
New York, NY 10019-6022
Telephone: (212) 999-5800
Facsimile:   (212) 999-5899
Email:  bwillen@wsgr.com

Attorneys for Defendant
YouTube, LLC

UNITED STATES DISTRICT COURT

NORTHER DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| RIPPLE LABS INC., ET AL., <br><br> Plaintiffs, <br><br> v. <br><br> YOUTUBE, LLC, <br><br> Defendant. | CASE NO.:  3:20-cv-02747-LB <br><br> **STIPULATION FURTHER EXTENDING TIME TO RESPOND TO THE COMPLAINT** <br><br> Civil Local Rule 6-1(a) <br><br> Magistrate Judge Laurel Beeler |

Under Rule 6-1(a) of the Local Rules of the United States District Court, Northern District of California, Plaintiffs Ripple Labs Inc. and Bradley Garlinghouse and Defendant YouTube, LLC stipulate to a further extension of time for Defendant to answer or otherwise respond to Plaintiffs' Complaint. Defendant's response shall be due on or before July 20, 2020.

Dated: July 6, 2020

WILSON SONSINI GOODRICH & ROSATI
Professional Corporation

By: /s/ Brian M. Willen
    Brian M. Willen
    bwillen@wsgr.com

*Attorneys for Defendant*
YOUTUBE, LLC

Dated: July 6, 2020

BOIES SCHILLER FLEXNER LLP

By: /s/ Menno Goedman
    Menno Goedman
    mgoedman@bsfllp.com

*Attorneys for Plaintiffs*
RIPPLE LABS INC. and
BRADLEY GARLINGHOUSE

### **SIGNATURE ATTESTATION**

I, Brian M. Willen, hereby attest that all other signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing on this e-filed document.

By: /s/ Brian M. Willen
    Brian M. Willen