1  DAVID H. KRAMER State Bar No. 168452
   AMIT Q. GRESSEL State Bar No. 307663
2  WILSON SONSINI GOODRICH & ROSATI
   Professional Corporation
3  650 Page Mill Road
   Palo Alto, CA 94304-1050
4  Telephone: (650) 493-9300
   Facsimile: (650) 565-5100
5  Email: dkramer@wsgr.com, agressel@wsgr.com
6
7  BRIAN M. WILLEN (admitted *pro hac vice*)
   WILSON SONSINI GOODRICH & ROSATI
8  Professional Corporation
   1301 Avenue of the Americas, 40th Floor
9  New York, NY 10019-6022
   Telephone: (212) 999-5800
10 Facsimile: (212) 999-5899
   Email: bwillen@wsgr.com
11
12 *Attorneys for Defendant
   YouTube, LLC*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| RIPPLE LABS INC., ET AL.,<br><br>            Plaintiffs,<br><br>     v.<br><br>YOUTUBE, LLC,<br><br>            Defendant. | CASE NO.: 3:20-cv-02747-LB<br><br>**DEFENDANT YOUTUBE'S CORPORATE DISCLOSURE STATEMENT AND CERTIFICATION OF INTERESTED ENTITIES OR PERSONS** |

Pursuant to Federal Rule of Civil Procedure 7.1, YouTube, LLC discloses the following:

1. YouTube, LLC is a subsidiary of Google LLC.

2. Google LLC is a subsidiary of XXVI Holdings Inc., which is a subsidiary of Alphabet Inc., a publicly traded company; no publicly traded company holds more than 10% of Alphabet Inc.'s stock.

Pursuant to Civil L.R. 3-15, the undersigned certifies that the following listed persons, associations of persons, firms, partnerships, corporations (including parent corporations) or other entities (i) have a financial interest in the subject matter in controversy or in a party to the proceeding, or (ii) have a non-financial interest in that subject matter or in a party that could be substantially affected by the outcome of this proceeding:

1. YouTube, LLC
2. Google LLC
3. XXVI Holdings Inc., Holding Company of Google LLC
4. Alphabet Inc., Holding Company of XXVI Holdings Inc.

Dated: November 2, 2020

WILSON SONSINI GOODRICH & ROSATI
Professional Corporation

By: */s/ Brian M. Willen*
Brian M. Willen

Attorneys for Defendant
YOUTUBE, LLC