DAVID H. KRAMER State Bar No. 168452
AMIT Q. GRESSEL State Bar No. 307663
WILSON SONSINI GOODRICH & ROSATI
Professional Corporation
650 Page Mill Road
Palo Alto, CA 94304-1050
Telephone:  (650) 493-9300
Facsimile:  (650) 565-5100
Email:  dkramer@wsgr.com, agressel@wsgr.com

BRIAN M. WILLEN (admitted *pro hac vice*)
WILSON SONSINI GOODRICH & ROSATI
Professional Corporation
1301 Avenue of the Americas, 40th Floor
New York, NY 10019-6022
Telephone: (212) 999-5800
Facsimile:  (212) 999-5899
Email:  bwillen@wsgr.com

Attorneys for Defendant
YouTube, LLC

UNITED STATES DISTRICT COURT

NORTHER DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| RIPPLE LABS INC., ET AL., <br><br> Plaintiffs, <br><br> v. <br><br> YOUTUBE, LLC, <br><br> Defendant. | CASE NO.:  3:20-cv-02747-LB <br><br> **THIRD STIPULATION FURTHER EXTENDING TIME TO RESPOND TO THE FIRST AMENDED COMPLAINT** <br><br> Civil Local Rule 6-1(a) <br><br> Magistrate Judge Laurel Beeler |

Under Rule 6-1(a) of the Local Rules of the United States District Court, Northern District of California, Plaintiffs Ripple Labs Inc. and Bradley Garlinghouse and Defendant YouTube, LLC stipulate to a further extension of time for Defendant to answer or otherwise respond to Plaintiffs' First Amended Complaint. Defendant's response shall be due on or before February 10, 2021. Plaintiffs' opposition brief, if any, shall be due on March 17, 2021.  Defendants' reply brief, if any, shall be due on April 7, 2021.

Dated:  February 5, 2021

WILSON SONSINI GOODRICH & ROSATI
Professional Corporation

By: */s/ Brian M. Willen*
  Brian M. Willen
  bwillen@wsgr.com

*Attorneys for Defendant*
YOUTUBE, LLC

Dated:  February 5, 2021

BOIES SCHILLER FLEXNER LLP

By: */s/ Menno Goedman*
  Menno Goedman
  mgoedman@bsfllp.com

*Attorneys for Plaintiffs*
RIPPLE LABS INC. and
BRADLEY GARLINGHOUSE

## SIGNATURE ATTESTATION

I, Brian M. Willen, hereby attest that all other signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing on this e-filed document.

By: */s/ Brian M. Willen*
  Brian M. Willen