**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| RIPPLE LABS INC., a Delaware corporation; and BRADLEY GARLINGHOUSE, an individual,<br><br>*Plaintiffs*,<br><br>v.<br><br>YOUTUBE, L.L.C., a Delaware company<br><br>*Defendant*. | No. 3:20-cv-2747-LB<br><br>**NOTICE OF DISMISSAL** |

Pursuant to Federal Rule of Civil Procedure 41, Plaintiffs Ripple Labs Inc. and Mr. Bradley Garlinghouse hereby dismiss this action with prejudice with each Party bearing its own attorneys' fees and costs. The Court shall retain jurisdiction over this case to enforce the terms of the settlement agreement, as needed.

Dated: March 9, 2021

By: /s/ Menno Goedman
mgoedman@bsfllp.com
BOIES SCHILLER FLEXNER LLP
1401 New York Ave., N.W.
Washington, D.C. 20005
Telephone: (202) 237-2727
Facsimile: (202) 237-6131

*Attorney for Plaintiffs Ripple Labs Inc. and Bradley Garlinghouse*